Eric N. Heyer (admitted *pro hac vice*)
Clifton McCann (admitted *pro hac vice*)
**THOMPSON HINE LLP**
1919 M Street, N.W., Suite 700
Washington, DC 20036
Phone: 202.331.8800
Fax: 202.331.8330
eric.heyer@thompsonhine.com
clifton.mccann@thompsonhine.com

*Attorneys for Defendant/Counterclaim
Plaintiff B&G Trading, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>B&G Trading, LLC,<br><br>        Defendant/Counterclaim Plaintiff. | No. CV 21-00361-PHX-SRB<br><br>**DEFENDANT'S IDENTIFICATION OF CLAIMS REQUIRING CONSTRUCTION** |

        Defendant/Counterclaim Plaintiff B&G Trading, LLC, d/b/a Vapor Tech (hereafter "B&G" or "Defendant"), pursuant to Paragraph 1(c) of the Court's Scheduling Order, provides herein a list of those claims or claim term(s)/phrase(s) of the Patent-in Suit, U.S. Patent No. 8,205,622 ("the 622 Patent") requiring construction by the Court.

        Defendant identifies Claim 13 of the 622 Patent as requiring construction by the Court. Defendant further identifies the following terms of Claim 13 as requiring construction by the Court:

1. "tubular"

2. "electronic"

3. "inhaler"

4. "tubular electronic inhaler"

5. "tubular electronic atomizer"

6. "An electronic cigarette comprising a tubular electronic inhaler and a tubular electronic atomizer"

7. "an electric airflow sensor that is used to turn on and off the electric power source by way of detecting an airflow and sending a signal"

8. "Single Chip Micyoco"

9. "the signal"

10. "a time period"

11. "a magnitude of the electric current" and

12. "the Single Chip Micyoco receives the signal from the electric airflow sensor, instructs the electric power source to send an electric current to the electronic atomizer, and a time period and a magnitude of the electric current"

Defendant reserves the right to propose constructions for any claims or claim terms or phrases that are identified by Plaintiff as requiring construction. Defendant also reserves the right to propose constructions for additional claim terms in response to the claims or claim terms or phrases identified by Plaintiff. Further, discovery in this patent infringement litigation is ongoing, and, as a result, further discovery and investigation is likely to impact some or all of the claim terms. Defendant reserves the right to propose constructions for any claim or claim terms or phrases as a result of on-going discovery.

Dated: September 24, 2021                    Respectfully submitted,

                                             THOMPSON HINE LLP


                                             By: */s/ Eric N. Heyer*
                                             Eric N. Heyer (admitted *pro hac vice*)
                                             Clifton McCann (admitted *pro hac vice*)
                                             1919 M Street, N.W., Suite 700
                                             Washington, DC 20036-3537
                                             Phone: 202.331.8800
                                             Fax: 202.331.8330
                                             Eric.Heyer@thompsonhine.com
                                             Clifton.McCann@thompsonhine.com

*Counsel for Defendant/Counterclaim Plaintiff B&G Trading LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and thereby a transmittal of a Notice of Electronic Filing to the CM/ECF registrants entitled to receive a notice thereof.

/s/ Eric N. Heyer